## MEMORANDUM DECISIONS

**1**

W. L. DUGGER v. J. A. WEST. (No. 659—4535.) (Commission of Appeals of Texas, Section B. June 16, 1926.) Error to Court of Civil Appeals of Tenth Supreme Judicial District. See, also, 278 S. W. 239, 241. Weatherby & Rogers, Bryan & Maxwell and Jno. McGlasson, all of Waco, for plaintiff in error. N. A. Coston and E. C. Street, both of Waco, for defendant in error.

POWELL, P. J. On the 17th day of April, 1926, an agreed motion (No. 7105) was filed in above cause, asking that the same be dismissed, for the reason that parties had compromised and settled the issues therein involved. The memoranda accompanying the agreement show that the dismissal was to be at the cost of defendant in error. Therefore we recommend that this cause be dismissed, at the cost of defendant in error.

CURETON, C. J. Cause dismissed, at cost of defendant in error, as recommended by the Commission of Appeals.

**2**

J. E. EDWARDS v. STATE. (No. 10387.) (Court of Criminal Appeals of Texas. June 25, 1926.) Appeal from District Court, Rockwall County; Joel R. Bond, Judge. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

MORROW, P. J. The conviction is for the theft of an automobile; punishment fixed in the penitentiary for a period of three years. Since the filing of his appeal, appellant has filed a motion requesting the withdrawal of his appeal. The motion is granted, and the appeal is dismissed.

**3**

Clinton FREEMAN v. STATE. (No. 10328.) (Court of Criminal Appeals of Texas. June 25, 1926.) Appeal from Stonewall County Court; W. S. Featherston, Judge. W. J. Arrington, of Breckenridge, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

HAWKINS, J. Conviction is for misdemeanor theft; punishment being a fine of $30 and 12 hours in the county jail. No statement of facts is found in the record. Without knowledge of the facts proven, the matters complained of in the bills of exception cannot be appraised. The judgment is affirmed.

**4**

Harry LOVE v. STATE. (No. 10302.) (Court of Criminal Appeals of Texas. June 23, 1926. Appeal from District Court, Taylor County; W. R. Ely, Judge. W. E. Martin, of Abilene, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

LATTIMORE, J. Conviction in district court of Taylor county of possessing intoxicating liquor for purposes of sale; punishment, two years in the penitentiary. The record is before us without any statement of facts or bills of exception. The indictment is in conformity with the statute, and the charge of the court correctly presents the law. No error appearing, the judgment will be affirmed.

**5**

Trinidad MORALES v. STATE. (No. 10330.) (Court of Criminal Appeals of Texas. June 16, 1926. Appeal from District Court, Bexar County; W. S. Anderson, Judge. A. B. Cowen, of San Antonio, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

MORROW, P. J. The offense in theft; punishment fixed at confinement in the penitentiary for a period of two years. The indictment is regular. The record is before us without bills of exceptions or statement of facts. No fundamental error has been perceived or pointed out. The judgment is affirmed.

**6**

Archie MURDOCK v. STATE. (No. 10318.) (Court of Criminal Appeals of Texas. June 9, 1926.) Appeal from Criminal District Court No. 2, Dallas County; C. A. Pippen, Judge. John T. Spann, of Dallas, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

HAWKINS, J. Conviction is for burglary. Punishment is ten years in the penitentiary. The record contains neither statement of facts nor bills of exception. In such condition, nothing is presented to this court for review. The judgment is affirmed.

**7**

W. A. NICHOLS v. STATE. (No. 10279.) (Court of Criminal Appeals of Texas. June 23, 1926.) Appeal from District Court, Bowie County; Hugh Carney, Judge. Spivey & Williams, of Texarkana, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

MORROW, P. J. The offense in the unlawful possession of equipment for the manufacture of intoxicating liquor; punishment fixed at confinement in the penitentiary for one year. No statement of facts accompanies the record. A plea of guilty was entered. Two bills of exceptions appear in the record. In one of these complaint is made of the receipt of the plea of guilty, upon the ground that the appellant was persuaded to make it against his interest. The other bill complains of the introduction of the evidence. The bill touching the plea of guilty,